

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Hugo A. Martinez and Dolores Ramirez, Individually and on Behalf of the Estate of Javier Garcia, Jr., Deceased, Javier Mayagoitia, Sr., Individually and as Independent Administrator of the Estate of Javier Mayagoitia, Jr., Deceased, Julieta Taylor, Osman Martinez and Jeanne Chavez, Individually and as Next Friend and Guardian of M. C., a Minor Child, | §<br><br>§<br><br>§<br><br>§<br><br>§ | No. 08-19-00086-CV<br><br>Appeal from the<br><br>143rd District Court<br><br>of Reeves County, Texas<br><br>(TC# 19-02-22824-CVR) |
| Appellants, | § | |
| v. | § | |
| David Boone, Individually, David Boone Oilfield Consulting, Inc. and Cameron International Corporation a/k/a Cameron Systems Corporation, | §<br><br>§<br><br>§ | |
| Appellees. | § | |

# **O R D E R**

The Court GRANTS the Appellees' third joint motion for extension of time within which to file the brief until **February 24, 2020**. NO FURTHER JOINT MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEES' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Carlos Rincon and the Hon. Lucas T. Elliot, Appellees' attorneys, prepare the Appellees' brief and forward the same to this Court on or before February 24, 2020.

IT IS SO ORDERED this 21st day of January, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.